### DILLARD *against* NOEL.

The defendant in error filed his motion to dismiss this case upon the ground that the plaintiff in error was not a resident of the State, and that he had filed no bond for costs in this court, before suing out a writ of error.

Motion overruled, and held by the court that the 34th chap. of the Revised Statutes did not require any such bond to be filed in the Supreme Court.

---

### CHILDRESS *against* FOSTER.

Held in this case that a party might appeal to the Supreme Court from the decision of the Circuit Court, upon filing the necessary affidavit, and without entering into recognizance—and that the recognizance was necessary only to enable the appeal to operate as a supercedeas.